675 A.2d 218

IN THE MATTER OF NEAL F. HEALY, AN ATTORNEY AT LAW.

May 15, 1996.

## ORDER

The Disciplinary Review Board on January 26, 1996, having filed with the Court its decision concluding that **NEAL F. HEALY of LIVINGSTON,** who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of three months for acting with gross neglect in his handling of an estate matter, in violation of *RPC* 1.1(a), and for failing to cooperate with the disciplinary authorities, in violation of *RPC* 8.1(b);

And the Disciplinary Review Board having further concluded that respondent should be required to complete eight hours of courses in professional responsibility prior to reinstatement to practice;

And **NEAL F. HEALY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **NEAL F. HEALY** is hereby suspended from practice for a period of three months and until the further Order of the Court, effective June 10, 1996; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that prior to reinstatement to practice respondent shall submit proof of his successful completion of eight hours of courses in professional responsibility; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.